# MINUTE ORDER

Page 3

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3                Date: 4/2/2021        Time: 1:30 p.m.

Defendant: (1) ANALAY RICO            J#: 37850-509    Case #: 21-CR-20158-COOKE

AUSA: Lauren Elfner                    Attorney: Frank Rubio (PERM)

Violation: CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD        Surr/Arrest Date: 4/2/2021    YOB: 1985

Proceeding: Initial Appearance, Bond, Arraignment        CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No        Recommended Bond:

Bond Set at: $100K PSB                Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
   Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] No firearms (the boyfriend, Gustavo Alminaque may retain his firearms)
- [x] Not to encumber property
- [x] May not visit transportation establishments (i.e. airports, train, or bus stations)
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ____
- [x] Other: No employment in clinical research trials.

Language: English

Disposition:
Brady Warning given. Defendant consents to appear via VTC. The parties **STIPULATED** to bond. DEFENDANT RELEASED. Defendant Waived Indictment. Reading of Information Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested. All further proceedings before Judge Cooke. Bond paperwork due 4/5/2021.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. JG_01_04-02-2021/ 1:48PM            Time in Court: 10 mins.

s/Jonathan Goodman                Magistrate Judge