IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 21-20158-CR-COOKE/O'SULLIVAN

UNITED STATES OF AMERICA,

v.

ANALAY RICO,

    Defendant.
_____/

## MOTION TO CLARIFY CONDITIONS OF BAIL

    Defendant, ANALAY RICO ("Defendant"), by and through undersigned counsel, moves this Court for an Order clarifying the conditions of bail regarding firearms. As grounds therefore, it is respectfully submitted as follows:

    1.    This Court, at the time of setting the bond in this matter, considered the recommendation in the Pre-Trial Services Report that reads as follows:

> 3. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Officer. However, the defendant's boyfriend, Gustavo Alminaque, may retain any of his firearms needed for his work-related purposes;

    2.    At the time of the bond hearing, undersigned counsel discussed this provision with the Court, and it was my understanding that Mr. Alminaque was allowed to maintain his weapons for work.

    3.    The "necessary for work" provision actually relates to Mr. Alminaque's prior 12-year employment as a corrections officer and his fear that surrendering any weapons could compromise his safety.

CASE NO: 21-20158-CR-COOKE/O'SULLIVAN

4. Undersigned counsel has spoken with the Government and is advised of Probation's concerns.

5. The Government defers to Probation and the Court and that is the reason this motion is being presented to the Court.

6. The Defendant's boyfriend, Gustavo Alminaque, owns a house with the defendant and is on the mortgage, and, although he has a number of weapons with locks on them that are only accessible to him, he would like permission to keep one weapon allowed in his home with the Defendant.

7. In the meantime, all weapons are being removed as directed by probation until this Court considers this request.

WHEREFORE, the Defendant respectfully requests the Court approve or give permission for the Defendant's boyfriend to possess one weapon, controlled by him, locked and accessible to him only, and grant all other relief deemed just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Courts through the CM/ECF system and that a correct copy has been furnished to the Office of the United States Attorney on this 13th day of April, 2021.

Respectfully submitted,

/s/ H. Frank Rubio_____
H. Frank Rubio, Esq.
Florida Bar #: 212245
Rubio, Rubio, & Rubio
1107 N.E. 104th Street
Miami Shores, FL 33138
Tel: (305) 892-5297
Rubiolaw@aol.com